# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  ) <br>         Plaintiff     )<br>vs.                            )<br>  )<br>ANGEL LUIS NAVARRO,  )<br>  )<br>         Defendant )<br>_____) | CRIMINAL NO. 2010/0038<br><br>FELON IN POSSESSION OF FIREARM, ETC. |

TO:   Honorable Raymond L. Finch, District Judge
      AUSA  Rhonda Williams-Henry
      AFPD Patricia Schrader-Cooke
      U. S. Marshal Service
      U. S. Probation & Pretrial Service

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1 (b) (14) (A) and has entered a plea of guilty to Count   (2) TWO   Of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to the Count and the offense charged is supported by in independent basis in fact continuing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: November 18, 2010

ENTER:

GEORGE W. CANNON, JR
U. S. MAGISTRATE JUDGE

ATTEST:
WILFREDO F. MORALES
Clerk of Court

BY: _____
      Deputy Clerk