# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> ANGEL LUIS NAVARRO, ) <br> ) <br> ) <br> Defendant ) | Criminal No. 2010/0038 <br><br> FELON IN POSSESSION OF FIREARM, ETC. |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count (s) ___ of the  Indictment  accepted and the defendant is adjudged guilty of such offense(s). A sentencing hearing will be scheduled and conducted pursuant to separate notice.

IT IS SO ORDERED.

DONE and ORDERED this ___ Day of    November , 2010.

RAYMOND L. FINCH
DISTRICT JUDGE

ATTEST:
WILFREDO F. MORALES
Clerk of Court

By: _____
    Deputy Clerk

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Office of the Federal Public Defender